

**ORDERED in the Southern District of Florida on November 30, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

|  |  |
|---|---|
| In re: | CASE NO.   17-23573-bkc-RAM |
| SIXTY ONE SIXTY, LLC, | CHAPTER   11 |
| Debtor. |  |

**ORDER (I) GRANTING MOTION TO DISMISS BANKRUPTCY CASE,
(II) ANNULLING AUTOMATIC STAY *NUNC PRO TUNC* TO THE
PETITION DATE, AND (III) RESERVING RULING ON SANCTIONS**

The Court conducted hearings on November 28, 2017 and November 29, 2017 on the Schecher Group, Inc.'s *Emergency* Motion to (I) Dismiss Chapter 11 Bankruptcy Case for "Bad Faith" Filing Pursuant to 11 U.S.C. § 1112(b) and/or, Alternatively, (II) for Relief From the Automatic Stay "For Cause" Pursuant to 11 U.S.C. § 362(d); and (III) for Sanctions Pursuant to Federal Rule of Bankruptcy Procedure 9011 (the "Motion") [DE #7,12].  For the reasons stated

1

on the record at the November 29, 2017 hearing, which are incorporated here by reference, it is –

**ORDERED** as follows:

1. The Court grants the Motion in part and reserves ruling in part as set forth below.

2. The request for dismissal in the Motion is granted and the case is dismissed with one-year prejudice to the Debtor filing a petition for relief under the Bankruptcy Code.

3. The request for annulment of the stay in the Motion is granted and the automatic stay is annulled *nunc pro tunc* to November 9, 2017, the petition date. Consequently, the above-styled bankruptcy case does not void or otherwise affect any actions taken by the state court in connection with foreclosure proceedings involving the Debtor's property.

4. Michael Hoffman, Esq. is directed to file a Notice of Withdrawal of Suggestion of Bankruptcy in each state court foreclosure proceeding in which he filed a Suggestion of Bankruptcy.

5. Debtor's Expedited Motion for Entry of an Order Authorizing Sale of Debtor's Real Property Located at 6060 Indian Creek Drive, Miami, Florida 33140 to Kingfisher Island, Inc. [DE #23] is denied without prejudice to the Debtor or its constituent members pursuing a sale under applicable state law.

6. Debtor's Motion for an Order Instructing Schecher Group, Inc. to Comply with the Automatic Stay and for Sanctions for Violation of the Automatic Stay [DE #27] is denied.

7. By separate order, the adversary proceeding styled as *Sixty One Sixty, LLC v. Schecher Group, Inc.*, Adv. Pro. No. 17-01438, will be dismissed with prejudice.

8. The Court reserves ruling on that portion of the Motion seeking sanctions under Fed. R. Bankr. Pro. 9011. By separate order, the Court will schedule a further hearing on that portion of the Motion. The Clerk is directed to keep this case open, notwithstanding the Court's ruling above dismissing this case, pending the Court's ruling on the request for sanctions in the Motion.

9. The Debtor's Application to Employ Michael S. Hoffman, Esq. as General Bankruptcy Counsel *Nunc Pro Tunc* to November 9, 2017 [DE #22] is approved. The Court abstains from determining the fees owed to Mr. Hoffman.

###

COPIES TO:

Michael S. Hoffman, Esq.
Barry P. Gruher, Esq.